# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KYLEIGH L. STALEY, a minor, by and through her mother and next friend, KRISTINA BRYANT, and LANYARD STALEY, individually,

Plaintiffs,

v.

CITY OF ATLANTA, METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY (MARTA), JOHN DOE OFFICERS 1-5, and JANE DOE OFFICERS 1-5,

Defendants.

Civil Action
File No. 1:25-mi-99999

## <u>NOTICE OF REMOVAL</u>

1.    COME NOW Defendants Metropolitan Rapid Transit Authority (MARTA) and the City of Atlanta, pursuant to 28 U.S.C. §§ 1441 et seq. and within the time prescribed by law, file this Notice of Removal. Defendants appear specially to file this notice subject to and without waiving any defenses available to Defendants under state and federal law. Defendants respectfully show the following:

2.    This action, Civil Action Number 25CV009764, was filed in the Superior Court of Fulton County, Georgia, on July 17, 2025. Upon information and belief,

1

the Summons and Complaint were served on Defendants MARTA and the City of Atlanta on July 22, 2025. This removal is therefore timely.

3.      This Court has original jurisdiction over the action pursuant to 28 U.S.C. § 1331, because the action asserts claims arising under the laws of the United States. Specifically, Plaintiffs' claims arise under 42 U.S.C. § 1983. Additionally, this Court has supplemental jurisdiction over Plaintiffs' remaining state claims pursuant to 28 U.S.C. § 1367, because these claims are so related to the claims arising under the laws of the United States that these claims form part of the same case or controversy under Article III of the United States Constitution.

4.      A copy of the summons, complaint, case initiation form, affidavit of service on the City of Atlanta, affidavit of service on MARTA, and a leave of absence filed in the Superior Court of Fulton County, are attached hereto as Exhibits "1" through "6,". These documents are all records of process, service of process, and pleadings thus far filed in the action.

5.      The Defendants will provide written notice of the filing of this Notice to the Plaintiffs, as required by 28 U.S.C. § 1446(d).

6.      A copy of the Notice will be filed with the Clerk of the Superior Court of Fulton County, as required by 28 U.S.C. § 1446(d).

7.      Pursuant to 28 U.S.C. § 1446(b)(2)(A), counsel for Defendant City of Atlanta and MARTA consent to the removal.

WHEREFORE, Defendants respectfully request that this action proceed in this Court.

Respectfully submitted this 20th day of August 2025.

/s/ Paul Henefeld
Paul Henefeld, Esq.
Georgia Bar No. 346755
*Attorney for Defendant MARTA*

**Henefeld & Green, P.C.**
3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
404-841-1275
Fax 404-841-0248
PHenefeld@HenefeldGreen.com

*/s/ Sandy Milord*
Sandy Milord
Deputy Division Chief
GA Bar No.: 622391
*Attorney for Defendant City of Atlanta*

**City of Atlanta Law Department**
55 Trinity Avenue, SW, Suite 5000
Atlanta, GA 30303
(404) 546 - 4146
smilord@atlantaga.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KYLEIGH L. STALEY, a minor, by and through her mother and next friend, KRISTINA BRYANT, and LANYARD STALEY, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY (MARTA), JOHN DOE OFFICERS 1-5, and JANE DOE OFFICERS 1-5,<br><br>Defendants. | Civil Action<br>File No. 1:25-mi-99999 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party with a true and correct copy of the *Notice of Removal* by filing same with the Clerk of Court using the Court's E-filing system which will send notification of such filing to all counsel of record.

Dorian Murry, Esq.
The Murry Law Group, PC
5300 Memorial Drive, Suite 130
Stone Mountain, GA 30083
dm@themurrylawgroup.com

Tiffany Adams, Esq.
The Adams Firm LLC
2302 Parklake Drive N.E., Suite 458
Atlanta, GA 30345
tadams@the adamsfirm.com

This 20th day of August 2025.

Respectfully submitted,

/s/ Paul Henefeld
Paul Henefeld, Esq.
Georgia Bar No. 346755
*Attorney for Defendant MARTA*

**Henefeld & Green, P.C.**
3017 Bolling Way, N.E., Suite 129
Atlanta, Georgia 30305
404-841-1275
Fax 404-841-0248
PHenefeld@HenefeldGreen.com

/s/ Sandy Milord
Sandy Milord
Deputy Division Chief
GA Bar No.: 622391
*Attorney for Defendant City of Atlanta*

**City of Atlanta Law Department**
55 Trinity Avenue, SW, Suite 5000
Atlanta, GA 30303
(404) 546 - 4146
smilord@atlantaga.gov